**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **CHRISTOPHER MICHAEL SHEPPARD,**<br>　　Plaintiff, | Civil Action No. 7:19-cv-00820 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By:　Michael F. Urbanski |
| **GREGROY WINSTON, et al,**<br>　　Defendant(s), | United States District Judge |

　　　　Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered December 10, 2019, the court directed plaintiff to submit within 20 days from the date of the order an in mate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On December 30, 2019 the plaintiff returned an inmate account form signed by the trust officer which included the months of Septembe and November 2019, but did not include the other required monthly statements for June, July, August and October 2019. The court gave plaintiff one last opportunitiy to cure those deficiencies within tweny days from the entry of the order by sending in the required information. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　　　More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 28th day of January, 2020.

/s/ Michael F. Urbanski
Chief United States District Judge